**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00180-CV

### OH WIRELESS AND CHONG OH, INDIVIDUALLY, Appellants

### V.

### DIEGO CANTU, Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-05257

## ORDER

We **GRANT** the February 13, 2013 motion to withdraw filed by appellants' counsel

Steven M. Smith of the law firm of Rose Walker. We **DIRECT** the Clerk of this Court to send

all future correspondence to appellants at the following address:


Oh Wireless
Chong Oh
2220 Marsh Lane, #112
Carrollton, Texas 75006


/s/     CAROLYN WRIGHT
CHIEF JUSTICE